# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOHNSON, PAUL A.,**<br><br>Defendant. | **CASE NO. 2:24-PO-00019** |

## ORDER

The Court having dismissed this case on May 15, 2024, and being advised that the Defendant has paid $105.00 on Citation F5360913/OS60 would request the Defendant receive a refund of said payments.

**IT IS HEREBY ORDERED** that the Central Violations Bureau, which currently holds the defendant's $105.00 payment, should promptly refund that payment to the payor.

<u>May 20, 2024</u>    <u>s/Kimberly A. Jolson</u>
**Date**             **KIMBERLY A. JOLSON**
                     **UNITED STATES MAGISTRATE JUDGE**